UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEE BORTHWICK,

                Plaintiff,

       -v.-

RARECULTURE LLC, MARCO BEACH HOTEL, INC., and EAO, INC.,

                Defendants.

20 Civ. 1973 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    On March 23, 2020, the Court scheduled an initial pretrial conference in this case for July 22, 2020. (Dkt. #7). Since that time, all three remaining defendants have filed pre-motion letter. (*See* Dkt. #9, 27, 28). Plaintiff has responded to the letters from EOA, Inc., and RareCulture, Inc. (*see* Dkt. #12, 29), but has yet to respond to the letter from Marco Beach Hotel, Inc. which was just filed on July 15, 2020. Accordingly, the initial pretrial conference, previously scheduled for July 22, 2020 is adjourned *sine die*. The parties are ORDERED to appear for a pre-motion conference on **July 30, 2020, at 12:30 p.m.**

    The conference will be held telephonically. The dial-in information is as follows: At 12:30 p.m. on July 30, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 12:30 p.m.

    SO ORDERED.

Dated:   July 17, 2020
        New York, New York

                                                KATHERINE POLK FAILLA
                                               United States District Judge