UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE BORTHWICK,<br><br>      Plaintiff,<br><br>    -v.-<br><br>RARECULTURE LLC, MARCO BEACH HOTEL, INC., and EAO, INC.,<br><br>      Defendants. | 20 Civ. 1973 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The pre-motion conference previously scheduled for July 30, 2020, at 12:30 p.m. is hereby ADJOURNED to **July 31, 2020, at 3:00 p.m.**

  The conference will be held telephonically. The dial-in information is as follows: At 3:00 p.m. on July 31, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 3:00 p.m.

  SO ORDERED.

Dated:  July 30, 2020
      New York, New York

                     KATHERINE POLK FAILLA
                     United States District Judge