MEMO ENDORSED



**KUSHNIRSKY GERBER PLLC**
27 UNION SQUARE WEST, SUITE 301
NEW YORK, NY 10003
kgfirm.com

O:  (212) 882-1320
F:  (917) 398-1487

Andrew Gerber, Member
andrew@kgfirm.com

January 20, 2021

**By ECF**

Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*Re:  Borthwick v. RareCulture, LLC et al, 1:20-cv-01973-KPF-OTW – Request for Adjournment of Pre-Settlement Conference*

Your Honor,

We are counsel for defendant RareCulture, LLC ("RareCulture" or "Defendant") in the above-captioned Action. We write to request an adjournment of the Pre-Settlement Conference Scheduling Call currently scheduled for January 28, 2021 at 12:30 p.m. I am requesting this adjournment because I am scheduled to attend a discovery conference before Judge Bluth in New York State Supreme Court on January 28, 2021, at 1:00 p.m., in *Dan Lam v. Mamacha LLC, et al.*, Index No. 0653320/2019. This is Defendant's first request for an adjournment. I am available after 3:00 p.m. on January 28, 2021, or anytime on February 3, 2021 or February 4, 2021.

SO ORDERED:

Application GRANTED.  The conference is rescheduled to 2/3/21 at 3:00 p.m.

_____
**Ona T. Wang**            1/21/21
United States Magistrate Judge

Sincerely,

Andrew Gerber
*Counsel for RareCulture, LLC*

1