

**KUSHNIRSKY GERBER PLLC**
27 UNION SQUARE WEST, SUITE 301
NEW YORK, NY 10003
kgfirm.com

O: (212) 882-1320
F: (917) 398-1487

<div style="color:red; border:1px solid red; padding:4px; display:inline-block;">MEMO ENDORSED</div>

Andrew Gerber, Member
andrew@kgfirm.com

February 12, 2021

**By ECF**

Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*Re: Borthwick v. RareCulture, LLC et al, 1:20-cv-01973-KPF-OTW – Request for Adjournment of Settlement Conference*

Your Honor,

We are counsel for defendant RareCulture, LLC ("RareCulture" or "Defendant") in the above-captioned Action. We write to request an adjournment of the Settlement Conference Call scheduled for February 25, 2021 at 11:00 a.m. I am requesting this adjournment because I am scheduled to attend an initial conference before Judge Cronan on February 25, 2021, at 11:00 a.m., in *Eden Brands, Inc. v. Hatch Collection LLC*, 20-CV-9827 (JPC). Mr. Werbin, counsel for defendant Marco Beach Hotel, Inc., has the same conflict as he will also be attending that same initial conference before Judge Cronan. This is Defendant's first request for an adjournment. All parties consent to the adjournment. The parties are otherwise available on March 5 after 1 p.m.

<span style="color:red;">SO ORDERED:</span>

Application GRANTED. The Pre-Settlement Conference is rescheduled to 2/25/21 at 3:00 p.m.

_____
**Ona T. Wang**          2/16/21
United States Magistrate Judge

Sincerely,

Andrew Gerber
*Counsel for RareCulture, LLC*

1